# Court of Appeals
# of the State of Georgia

ATLANTA, May 19, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1870. CLEAVON YOUNG v. THE STATE.**

In 2009, Cleavon Young was indicted for child molestation and statutory rape. In 2013, the State nolle prossed the charges and reindicted Young for rape, statutory rape, and child molestation. The case proceeded to trial, and Young was convicted on all counts. We affirmed his convictions on appeal in an unpublished opinion. *Young v. State*, Case No. A17A0805 (Aug. 17, 2017). Young later filed an extraordinary motion for new trial, which the trial court denied. He filed an application for discretionary appeal, which we denied. *Young v. State*, Case No. A19D0046 (Aug. 27, 2018). In 2024, Young filed a motion for discharge and acquittal based on a speedy trial demand he had filed years ago in connection with his 2009 indictment. The trial court dismissed the motion as moot because the 2009 indictment was nolle prossed. Young appeals, but we lack jurisdiction.

Pretermitting whether the motion for discharge and acquittal is moot, Young could have raised the speedy trial issue in his first appeal, and his failure to do so precludes our review of it now. "[A]ny issue that can be raised on appeal must be raised, and that issue will not be considered in a subsequent appeal in the same case." *Walker-Madden v. State*, 301 Ga. 744, 745 (804 SE2d 8) (2017) (punctuation omitted). See also *Akins v. State*, 237 Ga. 826, 826 (229 SE2d 645) (1976) ("The defendant must raise all issues on his first and only appeal, for judgment on that appeal is conclusive of all issues raised or which could have been raised."). Young has already had a direct appeal in this case, and "he is not entitled to another bite at the apple by way of a second appeal. At some point, litigation must come to an end." *Canty v.*

*State*, ___ Ga. App. ___ (Case No. A25A2115, Mar. 9, 2026) (citation and punctuation omitted).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__05/19/2026_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*